U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 1 1 2012

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **BENJAMIN CARTER** | : | CIVIL ACTION NO. 11-0422<br>SEC. P. |
| VS. | : | JUDGE DONALD E. WALTER |
| **BILLY TIGNER, ET AL.** | : | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment [doc. # 18] filed by defendants Billy Tigner and Courtney Whitehead is **GRANTED**, and that judgment be, and is hereby entered in favor of said defendants, dismissing with prejudice plaintiff's claims arising under the Constitution and laws of the United States. Fed. R. Civ. P. 56.

**IT IS FURTHER ORDERED** that any remaining state law claims are DISMISSED, without prejudice. 28 U.S.C. § 1367(c).

SHREVEPORT, LOUISIANA, this _11_ day of _May_ 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT